1  Tanya Levinson Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 N. Second Street
   San Jose, CA  95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4
   Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FOSTERS FREEZE ("OLD TOWN CLOVIS"), DORIS JEAN PRATER, DOUGLAS PRATER, DAVID BELDON, CHERYL BELDON, DORIS JEAN PRATER TRUST, and Does 1 - 10,<br><br>　　　　Defendants. | No.  1:09-CV-01528-OWW-GSA<br><br>**STIPULATION FOR DISMISSAL; ORDER**<br><br>Assigned to Judge Oliver W. Wanger<br>Complaint filed:  August 28, 2009 |

　　　　Plaintiff Daniel Delgado, through his attorney, Tanya Levinson Moore, Moore Law Firm, P.C., San Jose, California, and Defendants Doris Jean Prater, et al., dba Fosters Freeze, through their attorneys, Barrus and Roberts, P.C., Fresno, California, hereby stipulate that the above-captioned action shall be dismissed with prejudice.

Date: November 19, 2009                        /s/Tanya Levinson Moore
                                                Tanya E. Levinson Moore
                                                Attorney for Plaintiff

*Delgado v. Fosters Freeze, et al.*

**STIPULATION FOR DISMISSAL; ORDER**

Page 1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Date: November 19, 2009 | Barrus and Roberts, P.C. |
| | /s/Gregory Roberts |
| | Gregory Roberts |
| | Attorney for Defendants |

## ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  November 19, 2009    /s/ OLIVER W. WANGER
                             U.S. DISTRICT JUDGE OLIVER W. WANGER

*Delgado v. Fosters Freeze, et al.*

**STIPULATION FOR DISMISSAL; ORDER**

Page 2

PDF created with pdfFactory trial version www.pdffactory.com